No. 28.  United States, Trustee, et al. *v.* McGowan et al.; and
No. 29.  Same *v.* Bakers Bay Fish Co. et al.

Argued October 20, 1933.  Decided October 23, 1933.  *Per Curiam:* Decrees affirmed. *Bodkin* v. *Edwards,* 255 U.S. 221, 223; *Texas & New Orleans R. Co.* v. *Railway Clerks,* 281 U.S. 548, 558; *Keating* v. *Public National Bank,* 284 U.S. 587; *United States* v. *Commercial Credit Co.,* 286 U.S. 63, 67; *Page* v. *Arkansas Natural Gas Corp.,* 286 U.S. 269, 271. *Assistant Solicitor General MacLean,* with whom *Solicitor General Biggs* and *Mr. Nat M. Lacy* were on the brief, for the United States et al. *Mr. Guy E. Kelly,* with whom *Mr. G. W. Hamilton,* Attorney General of Washington, and *Mr. J. H. Secrest,* Assistant Attorney General, were on the brief for respondents.

No. —, original.  Ex parte McCarthy.  October 23, 1933.  The motion for leave to file petition for writ of habeas corpus is denied. *Mr. J. W. McCarthy, pro se.*